# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

## STATESBORO DIVISION

STATE OF GEORGIA,     )
                     )
    Plaintiff,   )
                     )
v.                 )     Case No.  CV610-016
                     )
JEFFREY LAMAR FINCH,   )
                     )
    Defendant.   )

## REPORT AND RECOMMENDATION

On March 17, 2010, the Court ordered movant Jeffrey Lamar Finch to sign and return a form 28 U.S.C. § 2255 motion before the case could proceed. (Doc. 2.) It granted him 14 days to do so, but he did not comply. (*Id.*) Accordingly, pursuant to the Court's inherent power to police its docket, Finch's case should be **DISMISSED** without prejudice for failing obey this Court's Order. L.R. 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101,

102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this ___21st___ day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA